IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAULINE WILLIAMS | : | CIVIL ACTION NO. _____ |
| Plaintiff, | : | |
| V. | : | |
| AMERICAN CRUISE LINES, INC. and VIRGINIA SURETY COMPANAY, INC. | : | |
| Defendants. | : | FEBRUARY 14, 2008 |

## DEFENDANTS' DISCLOSURE STATEMENT

Pursuant to the standing order regarding disclosures for non-governmental corporate parties, the defendants submit the following disclosure statement.

With regard to American Cruise Lines, Inc., it is a Delaware corporation authorized to do business within the State of Connecticut.

With respect to the defendant, Virginia Surety Company, Inc., it is an Illinois corporation with a principal place of business in Chicago, Illinois.

The defendants will supplement this disclosure statement as soon as possible.

Respectfully submitted,

DEFENDANTS,
AMERICAN CRUISE LINES, INC. and
VIRGINIA SURETY COMPANY, INC.

By: /s/ John W. Lemega

John W. Lemega
CT Fed. Bar No. 04250
Elizabeth M. Festa
CT Fed. Bar No. 424652
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel. No.: (860) 522-6103
Fax No.: (860) 548-0006
E-mail: lemega@halloran-sage.com
E-mail: festa@halloran-sage.com
Their Attorneys

2

## **CERTIFICATION**

This is to certify that on this 14th day of February, 2008, a copy of the foregoing was caused to be served via U.S. mail, postage prepaid, on the following:

Richard O. LaBrecque, Esq.
Grady & Riley, LLP
86 Buckingham Street
Waterbury, CT  06710-1998
Tel. No.: (203) 575-1131
Fax No.: (203) 754-1675
(Counsel for the Plaintiff Pauline Williams)

_____
John W. Lemega

1127498_1 DOC